# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Messitte, Peter J. | U.S. District Court | 5/19/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
6500 Cherrywood Lane
Suite 475A
Greenbelt, Maryland 20770

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | American University Washington College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 5/19/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 12/31/18 | State of Maryland Judiciary - Pension Payments | $56,227.00 |
| 2. 12/31/18 | American University Washington College of Law - Teaching | $14,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | ABA Rule of Law | 2/19/19 to 2/22/19 | Bogota, Colombia | Speech | Transportation, Hotel, Meals |
| 3. | United Food & Commercial Workers | 9/16/19 to 9/17/19 | San Antonio, Texas | Speech | Transportation, Hotel, Meals |
| 4. | Fernando Henrique Cardoso Foundation | 10/7/19 to 10/11/19 | Sao Paulo/Brasilia, Brazil | Speeches | Transporation, Hotel, Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Messitte, Peter J.** | 5/19/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Messitte, Peter J.** | 5/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A — Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period<br>(1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C — Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period<br>(1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Capital One Bank. ▓▓▓▓ | A | Interest | N | T | | | | | |
| 3. Sun Trust Bank, ▓▓▓▓ | A | Interest | L | T | | | | | |
| 4. Old Line Bank, ▓▓▓▓ (#1) | A | Interest | K | T | | | | | |
| 5. Old Line Bank, ▓▓▓▓ (#2) | A | Interest | J | T | | | | | |
| 6. ▓▓/IRA (Wells Fargo) (same as #7 to #33) | D | Dividend | N | T | | | | | |
| 7. ▓▓/IRA (Wells Fargo) | D | Distribution | N | T | Distributed (part) | 12/31/19 | K | | |
| 8. American Funds: Euro Pacific Growth Fund C1 A | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 9. Fed Eq Fds. Kaufman Large Cap Fd | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 10. Royce Penn Mutual Fund | A | Dividend | K | T | Buy (add'l) | 04/08/19 | J | | |
| 11. Blackrock Fds Int Gr. I High Eq | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 12. American Funds Growth Fd of Am CIF2 | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 13. Henderson Global Fd Inc C1 I | A | Dividend | | | Sold | 01/01/19 | J | A | |
| 14. Lord Abbett Dev Growth Fd C1 F | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 15. MFS Value Fd C1 A | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 16. Oppenheimer Div Mkts Fd C1 Y FDS | A | Dividend | K | T | | | | | |
| 17. Thornburg Inv Inc Bldr Fd C1 I | A | Dividend | J | T | Sold (part) | 04/08/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Messitte, Peter J.** | 5/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. John Hancock Disc Val MDCP | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 19. I Shares Core S&P M/D | A | Dividend | K | T | Buy | 04/08/19 | K | | |
| 20. I Shares Core Emerg Mkts | A | Dividend | J | T | Buy (add'l) | 04/08/19 | J | | |
| 21. I Shares Core S&P 500 | A | Dividend | J | T | Buy (add'l) | 04/08/19 | J | | |
| 22. I Shares S&P Small Cap | A | Dividend | K | T | Buy (add'l) | 04/08/19 | J | | |
| 23. First Trust Sabrient Small Cap. Growth | A | Dividend | | | Sold | 12/26/19 | J | A | |
| 24. John Hancock Fds. Int. Growth | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 25. First Trust Dorsey Wright Rel. | A | Dividend | J | T | Buy | 03/21/19 | J | | |
| 26. Baron Inv. Fds. Tr. Growth Fd. | A | Dividend | J | T | | | | | |
| 27. Mainstay Fds. Tax-Free Bd Fd C1 | A | Dividend | | | Sold | 09/19/19 | J | A | |
| 28. Putnam Asset Alloc. Fd Dynamic Asset | A | Dividend | K | T | Buy (add'l) | 04/08/19 | K | | |
| 29. Virtus Fds WCM Int Eq | A | Dividend | | | Sold | 04/08/19 | K | A | |
| 30. Virtus Assets Tr. Ceredex Mid-Cap Value | A | Dividend | | | Sold | 04/08/19 | K | A | |
| 31. Touchstone Strategic Tr Focused Fd Y | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 32. Stadion Inv. Tr. Tactical Growth Fd. | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 33. Neuberger Berman Equity Inc. Fd | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 34. ▇▇/IRA (Wells Fargo) (same as #35 to #46) | A | Dividend | K | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Messitte, Peter J.** | 5/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▮▮▮/IRA (Wells Fargo) | A | Dividend | K | T | Distributed (part) | 12/31/19 | J | A | |
| 36. Blackrock Fds Int. Gr. I High Eq | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 37. Fd Eq Fds. Kaufman Lge Cap Fd Inst C1 | A | Dividend | | | Sold | 04/08/19 | J | A | |
| 38. Oppenheimer Dev. Mkts C1 Y FDS | A | Dividend | | | Sold | 09/09/19 | J | A | |
| 39. First Trust Sabrient Bakers Dozen | A | Dividend | J | T | Buy (add'l) | 10/22/19 | J | | |
| 40. Putnam Asset Alloc Fd Dynamic Ass. | A | Dividend | J | T | | | | | |
| 41. I Shares Core Emerg Mkt | A | Dividend | J | T | | | | | |
| 42. I Shares Corp S&P 500 | A | Dividend | J | T | | | | | |
| 43. I Shares S&P Small Cap | A | Dividend | J | T | | | | | |
| 44. Franklin Managed Rising Dividend | A | Dividend | J | T | Buy | 04/08/19 | J | | |
| 45. Royce Penn Mutual | A | Dividend | J | T | Buy | 04/08/19 | J | | |
| 46. Trust for Advised Port Miller Value | A | Dividend | J | T | Buy | 04/08/19 | J | | |
| 47. ▮▮▮ (Wells Fargo) (same as #48 to #71) | E | Dividend | N | T | | | | | |
| 48. American Income Co. Fd. of America, F2 | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 49. American Europacific Growth Fd F2 | A | Dividend | J | T | Sold (part) | 04/08/19 | J | A | |
| 50. American Funds Growth Fd. of Amer Class F2 | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |
| 51. American Fds. Inv. Co. of Amer C1 F2 | A | Dividend | K | T | Sold (part) | 04/08/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Messitte, Peter J.** | 5/19/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Lord Abbett Dev Growth Fd C1 I | A | Dividend | J | T | Sold<br>(part) | 04/08/19 | J | A | |
| 53.  MFS Value I (ME11X) | A | Dividend | J | T | Sold<br>(part) | 04/08/19 | J | A | |
| 54.  Invesco Eq & Inc Fd C1 Y | A | Dividend | J | T | Sold<br>(part) | 04/08/19 | J | A | |
| 55.  Invesco Eq & Inc. Fd C1 Y | A | Dividend | | | Sold | 11/08/19 | J | A | |
| 56.  John Hancock Dis Val Mid Cap Fd | A | Dividend | J | T | Sold<br>(part) | 04/08/19 | J | A | |
| 57.  Fd Eq. Fds Kaufman Lge Cap Fd. C1 1 | A | Dividend | J | T | Sold<br>(part) | 04/08/19 | J | A | |
| 58.  First Trust Sabrient Small Cap Growth | A | Dividend | J | T | | | | | |
| 59.  Baron Inv Fds Tr. Growth Fd. | A | Dividend | K | T | | | | | |
| 60.  Putnam Asset Alloc Fd. Dynamic Asset | A | Dividend | J | T | Buy<br>(add'l) | 04/08/19 | J | | |
| 61.  Touchstone Strategic Tr. Focused Fd Y | A | Dividend | J | T | Sold<br>(part) | 04/08/19 | J | A | |
| 62.  Stadion Inv. Tr. Tatical Growth Fd | A | Dividend | J | T | Sold<br>(part) | 04/08/19 | J | A | |
| 63.  Guggenheim Under-Valued Top Picks | A | Dividend | | | Redeemed | 05/28/19 | K | A | |
| 64.  First Tr Euro Deep Value Div | A | Dividend | K | T | | | | | |
| 65.  I Shares Core Emerg Mkts | A | Dividend | J | T | | | | | |
| 66.  I Shares Core S&P 500 | A | Dividend | J | T | | | | | |
| 67.  I Shares S&P Small Cap | A | Dividend | J | T | | | | | |
| 68.  First Trust Lg. Cap Core Alpha Dex | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Messitte, Peter J.** | 5/19/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  JP Morgan Global Alloc Fd | A | Dividend | J | T | | | | | |
| 70.  Transam Fds Int Equity | A | Dividend | J | T | | | | | |
| 71.  Virtus Fds SGA Int. Growth | A | Dividend | J | T | | | | | See Part VIII |
| 72.  Rental Property in ▮▮▮▮▮▮▮ | A | Rent | M | W | | | | | |
| 73.  Maryland College Investment Plan #1 Portfolio 2021 (no control) | A | Interest | K | T | | | | | |
| 74.  Maryland College Investment Plan #2 Portfolio 2021 (no control) | A | Interest | K | T | | | | | |
| 75.  Maryland College Investment Plan #3 Portfolio 2021 (no control) | A | Interest | J | T | Redeemed (part) | 12/31/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Messitte, Peter J.** | 5/19/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Elaboration of Part VIII


#71 -- This asset was purchased on 7/6/16 and was mistakenly omitted from my 2016-2018 annual reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. Messitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544